Charles W. GENSLER, Jr., Petitioner,

v.

Gail GENSLER, Respondent.

No. 50217.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 6, 1986.

Joseph S. Sanchez, Festus, for petitioner.

Elaine C. Bachman, Clayton, for respondent.

ORDER

PER CURIAM.

Direct appeal from the trial court's award of child custody and marital property in a dissolution proceeding. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears and an extended opinion would serve no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).